STATE v. JENKINS

No. 365P94

Case below: 115 N.C.App. 520

Petition by Attorney General for temporary stay allowed 9 August 1994 pending determination of the Attorney General's petition for discretionary review.

STATE v. McLEAN

No. 276P94

Case below: 114 N.C.App. 270

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 28 July 1994.

STATE v. NELSON

No. 199A94

Case below: 114 N.C.App. 341

Petition by Attorney General for writ of supersedeas allowed 28 July 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 28 July 1994.

STATE v. RICK

No. 226PA94

Case below: 114 N.C.App. 820

Petition by Attorney General for writ of supersedeas allowed 28 July 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1994.

STATE v. ROGERS

No. 165A84-2

Case below: 316 N.C. 203

Motion by defendant (Charles Gene Rogers) for reconsideration of the petition for review of the order of the Wayne County Superior Court denied 28 July 1994.